UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED 2008 APR 15 A 9:58

| | |
|---|---|
| GENE RUGRODEN<br><br>Plaintiff<br><br>vs.<br><br>STATE BANK of PARK RAPIDS,<br>JACK SMYTHE, JON SMYTHE,<br>CITY OF PARK RAPIDS, MN,<br>NORTHBEACH ASSOCIATION<br>Et al., CHUCK HAGEN<br>DOES 1 thru 100<br><br>Defendants. | No. C08 01964 JF RS<br><br>REQUEST FOR TEMPORARY RESTRAINING ORDER<br><br>ADR<br><br>E-FILING |

Plaintiff hereby requests a restraining order to prevent further damage and Loss to Plaintiff.

To Stay Hubbard County Sheriff sale of Plaintiff's real and personal property in Hubbard County. The property scheduled for sale amounts to over one and three-quarter million dollars worth of real and personal property on 24APR08 to settle an alleged $107,000.00 debt allegedly in favor of State Bank of Park Rapids, MN.

I believe I would receive nothing from such a sale.

Respectfully submitted.

Dated:   APR08

Gene Rugroden
1157 Tilton Dr.
Sunyvale, California
Telephone:   408.781.0071
Facsimile:   408.736.2929

1

COPY OF THE LEGAL DESCRIPTION OF THE HOMESTEAD YOU HAVE DESIGNATED BY TEN BUSINESS DAYS BEFORE THE DATE THE PROPERTY IS TO BE SOLD. (#9986-Mar. 8-Apr. 12)

☐ WANTED JUNK BATTERIES AND WHEEL WEIGHTS. WILL PICK UP. PAY UP TO $10 PER BATTERY 1-800-777-2243 ASK FOR CAL.

☐ "Annie" Performances Bet your bottom dollar you'll be charmed by Little Orphan Annie's plucky spirit in this beloved children's musical! Performed by Long Lake Theater's Kids Academy on April 3-13 (Thurs.-Sat. at 7:30pm & Sun. at 3pm). Adults $14, Children (ages 4-12) $7 and Lap Children (3 & under) are free. Reservations: Call (218) 732-0099 or visit www.longlaketheater.net. Tickets also available at Beagle Books in Park Rapids. Long Lake Theater is located in Hubbard, MN (about 6 miles S. of Park Rapids)

☐ NOTICE OF MORTGAGE FORECLOSURE SALE THE RIGHT TO VERIFICATION OF THE DEBT AND IDENTITY OF THE ORIGINAL CREDITOR WITHIN THE TIME PROVIDED BY LAW IS NOT AFFECTED BY THIS ACTION. NOTICE IS HEREBY GIVEN, that default has occurred in the conditions of the following described mortgage: DATE OF MORTGAGE: October 5, 2005 ORIGINAL PRINCIPAL AMOUNT OF MORTGAGE: $94,950.00 MORTGAGOR(S): Jason L. Brose, unmarried and Amelia Woltjer, unmarried MORTGAGEE: Mortgage Electronic Registration Systems, Inc. DATE AND PLACE OF FILING: Filed October 6, 2005, Hubbard County Recorder, Document No. A000311651 ASSIGNMENTS OF MORTGAGE: Assigned to: Everhome Mortgage Company; Dated: November 20, 2007 LEGAL DESCRIPTION OF PROPERTY: Lots Twelve (12) and Thirteen (13) of Block Thirteen (13) of Akeley COUNTY IN WHICH PROPERTY IS LOCATED: Hubbard THE AMOUNT CLAIMED TO BE DUE ON THE MORTGAGE ON THE DATE OF THE NOTICE: $98,052.60 THAT all pre-foreclosure requirements have been complied with; that no action or proceeding has been instituted at law or otherwise to recover the debt secured by said mortgage, or any part thereof; PURSUANT, to the power of sale contained in said mortgage, the above described property will be sold by the Sheriff of said county as follows: DATE AND TIME OF SALE: May 6, 2008 10:00am PLACE OF SALE: Sheriff's Main Office, Lobby of Hubbard County Sheriff's Office, Court Street, Park Rapids, MN 56470 to pay the debt secured by said mortgage and taxes, if any, on said premises and the costs and disbursements, including attorneys fees allowed by law, subject to redemption within 6 months from the date of said sale by the mortgagor(s) the personal representatives or assigns. "THE TIME ALLOWED BY LAW FOR REDEMPTION BY THE MORTGAGOR, THE MORTGAGOR'S PERSONAL REPRESENTATIVES OR ASSIGNS, MAY BE REDUCED TO FIVE WEEKS IF A JUDICIAL ORDER IS ENTERED UNDER MINNESOTA STATUTES SECTION 582.032 DETERMINING, AMONG OTHER THINGS, THAT THE MORTGAGED PREMISES ARE IMPROVED WITH A RESIDENTIAL DWELLING OF LESS THAN 5 UNITS, ARE NOT PROPERTY USED FOR AGRICULTURAL PRODUCTION, AND ARE

Section Twenty-four (24), Township One Hundred Forty (140), Range Thirty-four (34), Hubbard County, Minnesota, lying between the above-described meander line and the water's edge of Lake Belle Taine and a prolongation to the water's edge of the East and West boundaries respectively of the above-described tract, it being the intention to convey full riparian rights with the above-described tract. AND All that part of Government Lot Two (2); Section Twenty-four (24), Township One Hundred Forty (140), Range Thirty-four (34), Hubbard County, Minnesota, lying North of Old State Highway No. 34 as now designated as County Road No. 80, bounded and described as follows: Commencing at meander corner No. 10 at the northeast corner of said Government Lot Two (2) and running thence northwesterly on the meander line of Lake Belle Taine (deflect left 61 degrees off East section line) a distance of 120 feet; Thence running South on a line parallel with the East line of said Section Twenty-four (24), to a point on the North boundary of Old State Highway No. 34 as now designated as County Road No. 80; Thence running in an easterly direction along the North boundary of said old State Highway No. 34 to the point of intersection with the East line of said Section Twenty-four (24); Thence running North along the section line to the point of beginning. Also including all that part of Government Lot Two (2), Section Twenty-four (24), Township One Hundred Forty (140), Range Thirty-four (34), Hubbard County, Minnesota, lying between the above-described meander line and the water's edge of Lake Belle Taine and a prolongation to the water's edge of the East and West boundaries respectively of the above-described tract, it being the intention to convey full riparian with the above-described tract. This parcel is subject to an easement for the existing building which encroaches upon this property together with a five (5) foot walkway around the building for the purpose of maintenance. This easement is intended to remain only so long as the existing structure exists, after which this easement will expire. AND Lot Four (4) of Block One (1) of Skie Lark, according to the plat thereof on file and of record in the office of the County Recorder in and for the County of Hubbard and the State of Minnesota. according to the plat thereof on file and of record in the office of the County Recorder in and for Hubbard County, Minnesota. Dated: February 22, 2008 Gary A. Mills, SHERIFF OF HUBBARD COUNTY /s/By: Deputy Greg Siera Peloquin & Minge, P.A. Attorneys for Plaintiff 432 Third Avenue SE Perham, MN 56573 Telephone: (218) 346-6900 HOMESTEAD DESIGNATION NOTICE (If applicable) IF PART OF THE PROPERTY TO BE SOLD CONTAINS YOUR HOUSE, YOU MAY DESIGNATE THE AREA OF A HOMESTEAD TO BE SOLD AND REDEEMED SEPARATELY. YOU MAY DESIGNATE THE HOUSE YOU OCCUPY AND ANY AMOUNT OF THE PROPERTY AS A HOMESTEAD. THE DESIGNATED HOMESTEAD PROPERTY MUST CONFORM TO THE LOCAL ZONING ORDINANCES AND BE COMPACT SO THAT IT DOES NOT UNREASONABLY REDUCE THE VALUE OF THE REMAINING PROPERTY. YOU MUST PROVIDE THE CREDITOR CAUSING THIS PROPERTY TO BE SOLD, THE SHERIFF, AND THE COUNTY RECORDER WITH A

2003, and June 16, 2003, (those being the dates of docketing of said judgments in Hubbard County) in and to the real estate hereinafter described, or any interest therein which said Defendant has since that day acquired, the description to the property being as follows: to-wit: All that part of Government Lot Number Two (2) in Section Twenty-four (24), Township One Hundred Forty (140), Range Thirty-four (34), Hubbard County, Minnesota, lying North of Old State Highway Number 34 now designated as County Highway No. 80 except a tract of land described as follows: Commencing at Meander Corner No. 10 (3 inch Pipe Judicial) at the Northeast Corner of said Government Lot Two (2) and thence running Northwesterly on the meander line of the South Shore of Lake Belle Taine (deflect left 61 degrees off East section line) a distance of 590 feet; thence running (deflect left 20 degrees 50 seconds) a distance of 175 feet; thence running along said meander line (deflect right 11 degrees 45 seconds) a distance of 150 feet to a point marked with an iron monument; thence running southwesterly (interior angle 110 degrees 20 seconds) a distance of 527.3 feet to a point on the North boundary line of said old Highway Number 34 marked with an iron monument; thence running southeasterly along the North boundary of said old Highway Number 34 to the point of intersection with the East line of said Government Lot Number Two (2); thence running North along the East line of Government Lot Number Two (2) to the point of beginning. The East section line of said Section Twenty-four (24), is considered a true North-South meridian. Also including all that party of Government Lot Two (2), Section Twenty-four (24), Township One Hundred Forty (140), Range Thirty-four (34), Hubbard County, Minnesota, conveyed herein lying between the meander line and the water's edge of Lake Belle Taine and a prolongation to the water's edge of the East and West boundaries respectively of the above described tract, it being the intention to convey full riparian rights with the above described tract. All that part of Government Lot Two (2), Section Twenty-four (24), Township One Hundred Forty (140), Range Thirty-four (34), Hubbard County, Minnesota, lying North of Old State Highway No. 34 now designated as County Road No. 80, bounded and described as follows: Commencing at meander corner No. 10 at the northeast corner of said Section Twenty-four (24) and running thence northwesterly on the meander line of Lake Belle Taine (deflect left 61 degrees off East section line) a distance of 120 feet to the point of beginning of the tract hereby conveyed; Thence continuing on the same tangent along the meander line of Lake Belle Taine for a distance of 120 feet; Thence running South on a line parallel with the East section line of Section Twenty-four (24) to a point on the North boundary of Old State Highway No. 34 now designated as County Road No. 80; Thence running easterly along the North boundary of said Old State Highway No. 34 to a point lying due South of the point of beginning; thence running North to the point of beginning. The East section line of said Section Twenty-four (24) is considered a true North-South meridian. Also including all that part of said Government Lot Two (2),

OF POSTPONEMENT OF MORTGAGE FORECLOSURE SALE NOTICE IS HEREBY GIVEN, that the above Mortgage Foreclosure Sale is hereby postponed to Tuesday, April 08, 2008, at 10:00 a.m. at the Sheriff's Department Front Lobby, City of Park Rapids in said County and State. Dated: February 27, 2008 Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2006-4 Assignee of Mortgagee Peterson, Fram & Bergman, P.A. By: /s/ Steven H. Bruns Attorneys for: Bank of New York as Trustee for the Certificateholders CWABS, Inc. Asset-Backed Certificates, Series 2006-4 Assignee of Mortgagee 55 E. 5th St., Suite 800 St. Paul, MN 55101 (651) 291-8955 16751-071023 THIS IS A COMMUNICATION FROM A DEBT COLLECTOR (#9981 - Mar. 1-Apr. 5)

☐ NOTICE OF SHERIFF'S EXECUTION SALE (Real Property) IN DISTRICT COURT NINTH JUDICIAL DISTRICT Court File No: 29-C9-02-922 29-CO-03-186 STATE OF MINNESOTA COUNTY OF HUBBARD State Bank of Park Rapids, Plaintiff, vs. Gene Rugroden, Defendant. Under and by virtue of two Executions issued out of and under the seal of the District Court of the State of Minnesota, in and for the Ninth Judicial District and County of Hubbard, both on November 19, 2007, upon judgments rendered and docketed in said Court and County in two actions therein, wherein State Bank of Park Rapids, was Plaintiff and Gene Rugroden was Defendant, in favor of said Plaintiff and against said Defendant for the total sum of One Hundred Twelve Thousand Eight Hundred Ninety-two and 44/100's Dollars ($112,892.44), as appears in the judgment rolls filed in the office of the Administrator of said District Court for said County of Hubbard; WHEREAS, the first judgment Case No. 29-CO-03-186 was docketed in the District Court of Hubbard County on the 30th day of April, 2006, and the sum of Forty-one Thousand Eleven and 87/100's Dollars ($41,011.87) (including accrued costs of $320.00 and interest computed to November 19, 2007) is now actually due thereon, plus additional interest computed up to and including the date of sale and all of my fees, costs and disbursements of levy and sale; WHEREAS, the second judgment Case No. 29-C9-02-922 was docketed in the District Court of Hubbard County on the 16th day of June, 2003, and the sum of Seventy-five Thousand One Hundred Nine and 75/100's ($75,109.75) (including accrued costs of $320.00 and interest computed to November 19, 2007) is now actually due thereon plus additional interest computed up to and include the date of sale and all of my fees, costs and disbursements of levy and sale; WHEREAS, said Executions have to me as Sheriff of Hubbard County been duly directed and delivered, PLEASE TAKE NOTICE that I have levied upon and will sell at public auction to the highest cash bidder, on the front steps of the Sheriff's Office, 203 Court Avenue, Park Rapids, County of Hubbard, on the 22nd day of April, 2008, at 10:00 o'clock a.m. of that day, all the right, title and interest that the above-named defendant had on the April 30,