UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNA

No. 08-01964

GENE RUGRODEN

    Plaintiff

vs.

STATE BANK of PARK RAPIDS,
JACK SMYTHE, JON SMYTHE
CITY OF PARK RAPIDS, MN,
NORTHBEACH ASSOCIATION
et al., CHUCK HAGEN
DOES 1 thru 100

    Defendants.

APPLICATION FOR
DEFAULT JUDGEMENT
FOR FAILURE
TO ANSWER COMPLAINT

JF

1. Defendants, State Bank of Park Rapids, Jack Smythe, City of park Rapids were properly served with a copy of the summons and complaint.

2. Defendants failed to answer the complaint or appear and defend the action within the time allowed by law.

3. Defendant's default was entered by the clerk upon plaintiff's application.

Respectively submitted,

Dated:    9MAY08

Gene Rugroden
1157 Tilton Dr.
Sunnyvale, CA 94087
408.781.0071
408.736.2929 fax

**VERIFICATION**

I verify I have read the above and agree with it.

Dated:    9MAY08    Gene Rugroden

1