UNITED STATES DISTRICT COURT **FILED**
NORTHERN DISTRICT OF CALIFORNA

2008 MAY -9 A 11: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

No.   C0-01964

|  |  |
|---|---|
| GENE RUGRODEN | APPLICATION FOR DEFAULT JUDGEMENT FOR FAILURE TO ANSWER COMPLAINT |
| Plaintiff | |
| vs. | |
| STATE BANK of PARK RAPIDS, JACK SMYTHE, JON SMYTHE CITY OF PARK RAPIDS, MN, NORTHBEACH ASSOCIATION et al., CHUCK HAGEN DOES 1 thru 100 | The Honorable Judge Jeremy Fogel |
| Defendants. | |

1. Defendants, State Bank of Park Rapids, Jack Smythe, City of park Rapids were properly served with a copy of the summons and complaint.

2. Defendants failed to answer the complaint or appear and defend the action within the time allowed by law.

Respectively submitted,

Dated:   9MAY08

Gene Rugroden
1157 Tilton Dr.
Sunnyvale, CA 94087
408.781.0071
408.736.2929 fax

## VERIFICATION

I verify I have read the above and agree with it.

Dated:   9MAY08      Gene Rugroden

1

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EB 668893594 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 94087
Day of Delivery: (blank)
Postage: $16.25
Date Accepted: Mo. 4 Day 16 Year 08
Scheduled Date of Delivery: Month 4 Day 18
Return Receipt Fee: $2.15
Time Accepted: 2:32 PM
Scheduled Time of Delivery: (blank)
COD Fee: (blank)
Insurance Fee: (blank)
Flat Rate or Weight: 0 lbs 6 ozs
Military: (blank)
Total Postage & Fees: $13.40
Int'l Alpha Country Code: (blank)
Acceptance Emp. Initials: AMC

**DELIVERY (POSTAL USE ONLY)** — blank

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT — blank

**FROM:**
GENE RUGRODEN
PO BOX 1416
LOS GATOS, CA 95031

**TO:**
JACK SMYTHE
20667 COUNTY 1
PARK RAPIDS, MN 56470

ZIP + 4: 56470

FOR PICKUP OR TRACKING
www.usps.com



### Track/Confirm - Intranet Item Inquiry
### Item Number: EB66 8893 594U S

**This item was delivered on 04/18/2008 at 09:58**

| Signature: | Delivery Section |
| --- | --- |
| Address: | |

**Enter Request Type and Item Number:**

**Quick Search** ◉     **Extensive Search** ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

**Customer Copy**
Label 11-B, March 2004

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

EB 66889362S US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 94087
Day of Delivery: ☒ 2nd
Postage: $16.25
Date Accepted: Mo. 4 Day 16 Year 08
Scheduled Date of Delivery: Month 4 Day 18
Return Receipt Fee: $2.15
Time Accepted: 2:30 ☒ PM
Scheduled Time of Delivery: ☒ 3 PM
COD Fee: $
Insurance Fee: $
Flat Rate ☒ or Weight: 0 lbs. 7 ozs.
Military: ☐ 2nd Day ☐ 3rd Day
Total Postage & Fees: $18.40
Int'l Alpha Country Code:
Acceptance Emp. Initials: GM

**FROM:** (PLEASE PRINT)
GENE RUGRODEN
PO BOX 1418
LOS GATOS, CA. 95031

**FOR PICKUP OR TRACKING**
Visit www.usps.com

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**

**TO:** (PLEASE PRINT)
City OF PARK RAPIDS
212 2ND STREET
PARK RAPIDS, MN
56470



# Track/Confirm - Intranet Item Inquiry
## Item Number: EB66 8893 625U S

**This item was delivered on 04/18/2008 at 10:37**



| | |
|---|---|
| **Signature:** | *[signature]* |
| **Address:** | 212 7m/ 4t W |

**Enter Request Type and Item Number:**

**Quick Search** ⦿    **Extensive Search** ○

Explanation of Quick and Extensive Searches

[   ]

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®  Post Office To Addressee

EB 668893634 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 94087
Date Accepted: Mo. 4 Day 16 Year 08
Time Accepted: 2:28 PM
Flat Rate or Weight: 4 lbs. 6 ozs.

Day of Delivery: 2nd
Scheduled Date of Delivery: Month 4 Day 18
Scheduled Time of Delivery: 3 PM

Postage: $16.25
Return Receipt Fee: $2.15
Total Postage & Fees: $18.40
Acceptance, Emp. Initials: [initials]

**DELIVERY (POSTAL USE ONLY)** — (blank)

**CUSTOMER USE ONLY**

FROM:
GENE RUGRODEN
PO BOX 1418
LOS GATOS, CA 95031

TO:
STATE BANK OF PARK RAPIDS
201 1ST STREET EAST
PARK RAPIDS, MN
56470

FOR PICKUP OR TRACKING
Visit www.usps.com



**Track/Confirm - Intranet Item Inquiry**
**Item Number: EB66 8893 634U S**

**This item was delivered on 04/18/2008 at 09:37**

| Signature: | *Jolene Herberg* / Jolene Herberg |
|---|---|
| Address: | Po Box 31 |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ◯

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.