UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------     File No. C 08 01964

Gene Rugroden,

       Plaintiff,

v.

State Bank of Park Rapids,
Jack Smythe, Jon Smythe,
City of Park Rapids, MN,
Northbeach Association et al.,
Chuck Hagen, Does 1 thru 100,

       Defendants.

-------------------------------------------------

TO:   Plaintiff, Pro Se, Gene Rugroden, 1157 Tilton Dr., Sunnyvale, CA   94087

## NOTICE OF HEARING

Defendant City of Park Rapids, Minnesota will bring the following motion for hearing on a date to be determined before the Honorable Jeremy Fogel.

## MOTION

Defendant City of Park Rapids moves, pursuant to Rule 12(b)(2)(3) and (6) of the Federal Rules of Civil Procedure, that it is entitled to Judgment in its favor dismissing this action on the general grounds no jurisdiction or venue exists and no cause of action for which relief can be granted exists.  Consequently, the City of Park Rapids, Minnesota, is entitled to Judgment as a matter of law.

|  |  |
|---|---|
|  | IVERSON REUVERS |
| Dated: May 14, 2008 | By  /s Jon K. Iverson<br>    Jon K. Iverson, #146389<br>Attorney for City of Park Rapids<br>Appearance *pro hac vice*<br>9321 Ensign Avenue South<br>Bloomington, MN  55438<br>(952) 548-7200 |