UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------   File No. C 08 01964

Gene Rugroden,

        Plaintiff,

v.

State Bank of Park Rapids,
Jack Smythe, Jon Smythe,
City of Park Rapids, MN,
Northbeach Association et al.,
Chuck Hagen, Does 1 thru 100,

        Defendants.

-----------------------------------------------------

I hereby certify that on May 15, 2008, I caused the following documents:

    MOTION TO DISMISS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    N/A

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Gene Rugroden
    1157 Tilton Drive
    Sunnyvale, CA  94087

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    N/A

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

    N/A

                                IVERSON REUVERS

Dated: May 15, 2008                By  /s Jon K. Iverson
                                                    Jon K. Iverson, #146389
                                          Attorney for City of Park Rapids
                                          Appearance *pro hac vice*
                                          9321 Ensign Avenue South
                                          Bloomington, MN  55438
                                          (952) 548-7200