

**THORWALDSEN, MALMSTROM, SORUM & MAJORS, P.L.L.P.**

ATTORNEYS AT LAW

PAUL R. THORWALDSEN ♦
CARL E. MALMSTROM *
MARY G. SORUM ♦
B. JOSEPH MAJORS, II
BRIAN McDONALD
JOHN C. QUAM, Retired
CHERYL C. MOIS, Office Administrator

POST OFFICE BOX 1599
1105 HIGHWAY 10 EAST
DETROIT LAKES, MN 56502-1599

(218) 847-5646
FAX (218) 847-3950

May 12, 2008

**FILED**

MAY 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk of Federal District Court
280 South First Street
San Jose, CA 95113

Re:  Gene Rugroden, Plaintiff, vs. State Bank of Park Rapids, et al., Defendants
     Civil Action No. C08-01964 JF

This letter is to inform the Court that I am an attorney licensed to practice law in the State of Minnesota. I received by express mail from Gene Rugroden a Summons addressed to Chuck Hagen and a Summons addressed to North Beach Association. I am enclosing a copy of the Proof of Service that accompanied the Summons and Complaint. I am not an agent authorized by appointment or law to receive service of process on behalf of either Chuck Hagen or North Beach Association in this matter.

Yours truly,

Carl E. Malmstrom
encl.
rs

c.   Chuck Hagen
     North Beach Association

Park Rapids office:  618 First Street, Suite 4 • P.O. Box 859        Mahnomen office: 511 N. Main St.
                     Park Rapids, MN 56470-0859                                       Mahnomen, MN 56557
                     (218) 237-2707                                                   (218) 935-2940

*MSBA Board Certified Real Property Specialist
♦ Qualified ADR Neutral Civil & Family Mediation/Arbitration

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __8 MAY 08__,
by:
     REGISTERED MAIL
(1) personally delivering a copy of each to the individual at this place, __CARL MALMSTROM / 1105 E. HWY 10 E. / DETROIT LAKES MN 56501-4215__; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __CARL MALMSTROM__; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __8 MAY__

Server's signature: _Joan Allan_

Printed name and title: __JOAN ALLAN__

Server's address: __PO BOX 1418 LOS GATOS CA 95031__