FILED

2008 MAY 19 P 3:49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE RUGRODEN,

Plaintiff,

vs.

STATE BANK of PARK RAPIDS, JACK SMYTHE, JON SMYTHE, CITY OF PARK RAPIDS, MN, NORTHBEACH ASSOCIATION et al, CHUCK HAGEN DOES 1 thru 100,

Defendants.

NO. C08-01964 JF RS

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JON IVERSON, an active member in good standing of the bar of the District of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant City of Park Rapids, Minnesota, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Carol L. Healey, State Bar No. 61461, BISHOP, BARRY, HOWE, HANEY & RYDER, 2000 Powell Street, Suite 1425, Emeryville, CA 94608, (510) 596-0888.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008.

JON IVERSON

Subscribed and sworn to before me this 14th day of May, 2008.

Notary Public

REBECCA J. EITREIM
Notary Public
Minnesota
My Commission Expires January 31, 2010

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611003224
Cashier ID: harwellt
Transaction Date: 05/19/2008
Payer Name: Iverson Reuvers

---

PRO HAC VICE
For: Jon Iverson
Case/Party: D-CAN-5-08-AT-PROHAC-001
Amount: $210.00

---

CHECK
Check/Money Order Num: 8263
Amt Tendered: $210.00

---

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

Case # 08-cv-01964-JF

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

RECEIVED
2008 MAY 19 PM 3:49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE RUGRODEN,

Plaintiff,

vs.

STATE BANK of PARK RAPIDS, JACK SMYTHE, JON SMYTHE, CITY OF PARK RAPIDS, MN, NORTHBEACH ASSOCIATION et al, CHUCK HAGEN DOES 1 thru 100,

Defendants.

NO. C08-01964 JF RS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JON IVERSON, an active member in good standing of the bar of the District of Minnesota, whose business address and telephone number is IVERSON REUVERS, 9321 Ensign Avenue South, Bloomington, MN 55438, (952) 548-7200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant City of Park Rapids, Minnesota:

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _______________.

_________________________________
United States Magistrate Judge
Jeremy Fogel