1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA  95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Attorneys for Defendants
6  STATE BANK OF PARK RAPIDS,
   JACK SMYTHE, and JON SMYTHE
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   (San Jose Division)

11 | GENE RUGRODEN, | Case No.  C08 - 01964 |
   |---|---|
12 | Plaintiff, | **NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANTS STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE** |
13 | v. | |
14 | STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100, | |
15 | | |
16 | | **Date: September 5, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3** |
17 | Defendants. | |
18 | | **Honorable Jeremy Fogel** |

19

20 TO PLAINTIFF GENE RUGRODEN:

21      PLEASE TAKE NOTICE that a hearing has been scheduled for September 5, 2008, at

22 9:00 a.m. in the United States District Court for the Northern District of California, located at 280

23 South First Street, San Jose, California, Courtroom 3, on the 5th floor, before Honorable Jeremy

24 Fogel, United States District Judge, presiding, at which time Defendants State Bank of Park

25 Rapids, Jack Smythe, and Jon Smythe will, and hereby do, move this Court, pursuant to Rule

26 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the claims against them in the above-

27 entitled action for lack of personal jurisdiction.  This motion is supported by the Memorandum of

28 Law in Support of Motion to Dismiss, Affidavits of Jerry Janz, Jack Smythe, Jon Smythe, Sue

**NOTICE OF MOTION**

Smythe, Gregory D. Larson, Exhibits A – N, and the Notice of Request that Court Take Judicial Notice of Certain Public Records being filed herewith.

DATED:  May 22, 2008

REHON & ROBERTS
A Professional Corporation

By:    Mark V. Isola  /s/
     Peter M. Rehon
     Mark V. Isola
     Attorneys for Defendants
     STATE BANK OF PARK RAPIDS,
     JACK SMYTHE, and JON SMYTHE