Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA  95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
STATE BANK OF PARK RAPIDS,
JACK SMYTHE, and JON SMYTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100,<br><br>    Defendants. | Case No.  C08 - 01964<br><br>**AFFIDAVIT OF JERRY JANZ  IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE**<br><br>**Date: September 5, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3**<br><br>**Honorable Jeremy Fogel** |

I, JERRY JANZ, declare:

    1.    From February 2008 through the present time I have been the President and CEO of State Bank of Park Rapids, which has been named as a defendant in the above-entitled matter. I have personal knowledge of all matters contained herein, and if called as a witness, I could and would competently testify thereto.

    2.    State Bank of Park Rapids is now, and at all times material to the above-entitled action, was a Minnesota corporation with its principal place of business in Park Rapids, Hubbard County, Minnesota.

3.    State Bank of Park Rapids has never had an office, personnel, or agents doing business in California. State Bank of Park Rapids has never been registered to do business in California, and it has never done business in California. State Bank of Park Rapids has never paid taxes in California.

4.    No agents of State Bank of Park Rapids have ever visited California to deal with Gene Rugroden.

5.    State Bank of Park Rapids has never delivered products or services to California or put products into the stream of commerce with the expectation that the products would reach California.

6.    State Bank of Park Rapids has never solicited bids, offers, or buyers in California. State Bank of Park Rapids has never done any advertising in California.

7.    State Bank of Park Rapids has never done anything expressly aimed at the forum state of California.

8.    State Bank of Park Rapids has never done anything to purposefully avail itself of the privilege of doing business in California, thereby invoking the benefits and protections of the law of California.

9.    State Bank of Park Rapids currently has three judgments against Plaintiff Gene Rugroden in Hubbard County, Minnesota, totaling approximately $154,415. A Sheriff's Sale was scheduled in Hubbard County, Minnesota, for April 24, 2008, to execute on two judgment liens against Gene Rugroden. That Sheriff's Sale was rescheduled to May 22, 2008, when the attorneys for State Bank of Park Rapids discovered that the federal government has a federal tax lien against Gene Rugroden in the amount of $425,000, and the federal government had to be given proper notice of the Sheriff's Sale.

10.    Judge Paul Rasmussen, Judge of the Hubbard County, Minnesota, District Court rightfully ordered judgment in favor of State Bank of Park Rapids and against Gene Rugroden in the amount of $57,415.16 on March 26, 2008, when Gene Rugroden failed to show up for a hearing on cross-motions before the court, which hearing Gene Rugroden had scheduled, and

1  Gene Rugroden failed to call the Court Administrator's office before the hearing to request leave
2  to appear by telephone.

3      11.    Other than the contacts with Gene Rugroden in California described in the
4  Affidavits of Jack Smythe and Gregory D. Larson related to the subject matter of this litigation,
5  being filed with this Court in support of the Motion to Dismiss by Defendants State Bank of Park
6  Rapids, Jack Smythe, and Jon Smythe in the above-entitled action, I am not aware that agents of
7  State Bank of Park Rapids have had any contacts with Gene Rugroden in California related to the
8  subject matter of this litigation.

9      I declare under penalty of perjury under the laws of the State of California that the facts
10  stated herein are true and correct to the best of my knowledge and belief. Executed on this 22nd
11  day of May, at Park Rapids, Minnesota.

13  _Jerry Janz  /s/_____
    Jerry Janz

28  3  Affidavit of Jerry Janz_v2.doc

**AFFIDAVIT OF JERRY JANZ ISO MOTION TO DISMISS**
CASE NO. C08 - 01964