Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
STATE BANK OF PARK RAPIDS,
JACK SMYTHE, and JON SMYTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100,<br><br>　　　　Defendants. | Case No. C08 - 01964<br><br>**AFFIDAVIT OF SUE SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE**<br><br>**Date: September 5, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3**<br><br>**Honorable Jeremy Fogel** |

I, SUE SMYTHE, declare:

　　1.　　I am the daughter of Jack Smythe and the sister of Jon Smythe, who are defendants in the above-entitled matter. I am employed by State Bank of Park Rapids as the Executive Vice President. I have personal knowledge of all matters contained herein, and if called as a witness, I could and would competently testify thereto.

　　2.　　In the spring and summer of 1999 I was dating Gene Rugroden, the plaintiff in the above-entitled matter, in Minnesota. Gene Rugroden was a resident of California, but he was an accomplished pilot who regularly flew in and out of Minnesota. While he was in Minnesota, Gene Rugroden usually stayed at one of the residences on the real property he owned in Hubbard County, Minnesota.

3. In the spring of 1999 I told Gene Rugroden, while we were in Minnesota, that State Bank of Park Rapids had foreclosed on The Pines Supper Club property in Hubbard County, Minnesota, and State Bank of Park Rapids was trying to sell the property.

4. Gene Rugroden held himself out as one who was able to represent himself in court as he had law school training.

5. Gene Rugroden recently said to me, "Before I am done with State Bank, it will cost the Bank hundreds of thousands of dollars" in attorneys' fees. That statement indicated to me that Gene Rugroden's motive in filing the above-entitled matter was to merely to harass State Bank of Park Rapids, Jack Smythe, and Jon Smythe.

6. Gene Rugroden was present in Hubbard County, Minnesota, from April 17 to April 20, 2008. Gene Rugroden and I have a son together, and Gene Rugroden came to my residence in Hubbard County, Minnesota, during that time period in April 2008, without first seeking my permission or telling me that he was coming, to see our son.

I declare under penalty of perjury under the laws of the State of California that the facts stated herein are true and correct to the best of my knowledge and belief. Executed on this 21st day of May, at Park Rapids, Minnesota.

\_\_Sue Smythe  /s/_____
Sue Smythe

2

Affidavit of Sue Smythe_v3.doc

**AFFIDAVIT OF SUE SMYTHE ISO MOTION TO DISMISS**
CASE NO. C08 - 01964