Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA  95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
STATE BANK OF PARK RAPIDS,
JACK SMYTHE, and JON SMYTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100,<br><br>    Defendants. | Case No.  C08 - 01964<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

1

## PROOF OF SERVICE

2

     I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to

3

the within cause; that I am employed in Santa Clara County and my business address is *Rehon &*

4

*Roberts, Ten Almaden Boulevard, Suite 550, San Jose, CA 95113.*

5

     On May 23, 2008, I served the following documents by the method(s) below:

6

    **1.**    **NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANTS STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

7

8

    **2.**    **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

9

10

    **3.**    **NOTICE OF REQUEST THAT COURT TAKE JUDICIAL NOTICE OF CERTAIN PUBLIC RECORDS IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANTS STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

11

12

13

    **4.**    **AFFIDAVIT OF JERRY JANZ IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

14

15

    **5.**    **AFFIDAVIT OF GREGORY D. LARSON IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE; and**

16

17

    **6.**    **AFFIDAVIT OF SUE SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE.**

18

19

☐    by transmitting via facsimile on this date from fax number (408) 494-0909 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 p.m. and was reported complete without error.

20

21

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

22

23

24

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

25

26

☐    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

27

28

☐    By electronically transmitting document(s) above to parties as set forth below.

**PROOF OF SERVICE**

1

2

**Gene Rugroden**                                    *Plaintiff*
**1157 Tilton Drive**
**Sunnyvale, CA  94087**

3

4

5

6

**Carl Malmstrom, Esq.**                          *Attorney for North Beach Association*
**Thorwaldsen, Malmstrom, et al.**
**P.O. Box 1599**
**1105 Highway 10 East**
**Detroit Lakes, MN 56502-1599**

7

8

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 23, 2008, at San Jose, California.

9

10

Nancy Wong  /s/
NANCY WONG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**