RECEIVED
2008 MAY 19 PM 3:49
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA

Filed
MAY 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENE RUGRODEN,

    Plaintiff,

vs.

STATE BANK of PARK RAPIDS, JACK SMYTHE, JON SMYTHE, CITY OF PARK RAPIDS, MN, NORTHBEACH ASSOCIATION et al, CHUCK HAGEN DOES 1 thru 100,

    Defendants.

NO. C08-01964 JF RS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    JON IVERSON, an active member in good standing of the bar of the District of Minnesota, whose business address and telephone number is IVERSON REUVERS, 9321 Ensign Avenue South, Bloomington, MN 55438, (952) 548-7200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant City of Park Rapids, Minnesota:

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

```
1
2   Dated: _____5/21/8_____         _____
3                                   United States Magistrate Judge
4                                   Jeremy Fogel
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
```