Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
STATE BANK OF PARK RAPIDS,
JACK SMYTHE, and JON SMYTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100,<br><br>    Defendants. | Case No. C08 - 01964<br><br>**AFFIDAVIT OF JON SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE**<br><br>**Date: September 5, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3**<br><br>**Honorable Jeremy Fogel** |

I, JON SMYTHE, declare:

    1.    I am one of the defendants in the above-entitled action, and I have personal knowledge of all matters discussed herein, and if called as a witness, I could and would competently testify thereto.

    2.    At all times material to the above-entitled action, I have been a citizen and resident of Hubbard County, Minnesota.

    3.    From 1999 to February 2008 I was an Executive Vice President and Director of State Bank of Park Rapids in Hubbard County, Minnesota. I am still employed by State Bank of Park Rapids as a loan officer.

4.	In approximately the year 2000 I sold Gene Rugroden a vehicle. This was my personal vehicle; it was not owned by State Bank of Park Rapids. Gene Rugroden and I negotiated the sale of said vehicle while we were both in Hubbard County, Minnesota.

5.	I have never transacted any business in California. I have never performed any type of affirmative conduct that allowed or promoted the transaction of business in California.

6.	I have never delivered products or services to California or put products in the stream of commerce with the expectation that the products would be delivered to California.

7.	I have done nothing to purposefully avail myself of the privilege of conducting activities in California, thereby invoking the benefits and protections of the law of California.

8.	I had no contacts with Gene Rugroden in California regarding the sale of the subject vehicle, The Pines Supper Club property, or the subject matter of the above-entitled action. At no time did I travel to California and engage in any activities related to the subject matter of the above-entitled action. I have never visited California to see or deal with Gene Rugroden.

9.	I have never had an office, personnel, or business agents in California.

10.	I have never been registered to do business in California, I have never done banking or other business in California, and I have never paid income or property taxes in California.

11.	I have never solicited bids, offers, or buyers in California.

12.	I have never done anything expressly aimed at the state of California.

I declare under penalty of perjury under the laws of the State of California that the facts stated herein are true and correct to the best of my knowledge and belief. Executed on this 27th day of May, at Park Rapids, Minnesota.

\_\_Jon Smythe   /s/   \_\_\_  
Jon Smythe

2

Affidavit of Jon Smythe_v2.doc

**AFFIDAVIT OF JON SMYTHE ISO MOTION TO DISMISS**  
CASE NO. C08 - 01964