1  Peter M. Rehon (SBN 100123)
   Mark V. Isola (SBN 154614)
2  REHON & ROBERTS
   A Professional Corporation
3  Ten Almaden Blvd., Suite 550
   San Jose, CA  95113-2238
4  Telephone: (408) 494-0900
   Facsimile: (408) 494-0909
5
   Attorneys for Defendants
6  STATE BANK OF PARK RAPIDS,
   JACK SMYTHE, and JON SMYTHE
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      (San Jose Division)

11 | GENE RUGRODEN,                              | Case No.  C08 - 01964 |
12 |         Plaintiff,                          | **PROOF OF SERVICE**  |
13 |    v.                                       |                       |
14 | STATE BANK OF PARK RAPIDS; JACK              |                       |
   | SMYTHE; JON SMYTHE; CITY OF                 |                       |
15 | PARK RAPIDS, MN; NORTH BEACH                |                       |
   | ASSOCIATION, ET AL.; CHUCK                  |                       |
16 | HAGEN, DOES 1 through 100,                  |                       |
17 |         Defendants.                         |                       |

**PROOF OF SERVICE**

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in Santa Clara County and my business address is *Rehon & Roberts, Ten Almaden Boulevard, Suite 550, San Jose, CA 95113*.

On May 27, 2008, I served the following documents by the method(s) below:

1. **AFFIDAVIT OF JACK D. SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE; and**

2. **AFFIDAVIT OF JON SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE.**

☐ by transmitting via facsimile on this date from fax number (408) 494-0909 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ By electronically transmitting document(s) above to parties as set forth below.

**Gene Rugroden**                    *Plaintiff*
**1157 Tilton Drive**
**Sunnyvale, CA  94087**

**Carl Malmstrom, Esq.**             *Attorney for North Beach Association*
**Thorwaldsen, Malmstrom, et al.**
**P.O. Box 1599**
**1105 Highway 10 East**
**Detroit Lakes, MN 56502-1599**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 27, 2008, at San Jose, California.

                 Nancy Wong  /s/
                 NANCY WONG

**PROOF OF SERVICE**