1  Jon K. Iverson (MN Atty ID 146389)
2  IVERSON REUVERS
   9321 Ensign Avenue South
3  Bloomington, MN  55438
4  Telephone:  (952) 548-7200
5  Facsimile:  (952) 548-7210
   jiverson@iversonlaw.com
6

7  Admitted *pro hac vice*
8  Attorneys for Defendant
   CITY OF PARK RAPIDS, MN
9

10 Carol L. Healey, State Bar No. 61461
11 BISHOP, BARRY, HOWE, HANEY & RYDER
12 2000 Powell Street, Suite 1425
   Emeryville, CA  94608
13 (510) 596-0888
14

15                UNITED STATES DISTRICT COURT
16
17               NORTHERN DISTRICT OF CALIFORNIA
18                     (San Jose Division)

19 GENE RUGRODEN,                    | Case No. C08-01964 JF RS
20                                   |
21           Plaintiff,               | **NOTICE OF MOTION TO DISMISS**
22    vs.                             | **FOR LACK OF PERSONAL**
                                      | **JURISDICTION BY DEFENDANT**
23 STATE BANK of PARK RAPIDS,         | **CITY OF PARK RAPIDS, MN**
24 JACK SMYTHE, JON SMYTHE,           |
25 CITY OF PARK RAPIDS, MN,           |
   NORTHBEACH ASSOCIATION             | **Date:  September 5, 2008**
26 et al, CHUCK HAGEN                 | **Time:  9:00 a.m.**
27 DOES 1 thru 100,                   | **Courtroom:  3**
28                                    | **Honorable Jeremy Fogel**
           Defendants.
29
30

31
32 TO PLAINTIFF GENE RUGRODEN:

                                    1
NOTICE OF MOTION, PARK RAPIDS' MOTION TO DISMISS
CASE NO. C08-01964

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that a hearing has been scheduled for September 5, 2008, at 9:00 a.m. in the United States District Court for the Northern District of California, located at 280 South First Street, San Jose, California, Courtroom 3, on the 5th floor, before Honorable Jeremy Fogel, United States District Judge, presiding, at which time Defendant City of Park Rapids, MN, will, and hereby does, move this Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the claims against it in the above-entitled action for lack of personal jurisdiction. This motion is supported by the Memorandum of Law in Support of Motion to Dismiss, Affidavit of Jon K. Iverson, Exhibits A and B and the Notice of Request that Court Take Judicial Notice of Certain Public Records being filed herewith. Pursuant to Local Rule 7.1(b) of the United States District Court for the Northern District of California, Defendant Park Rapids respectfully requests this Court determine this motion without oral argument. |

IVERSON REUVERS

Dated: June 23, 2008

By   Jon K. Iverson /s/
   Jon K. Iverson, (MN Atty ID 146389)
   Attorney for Defendant City of Park Rapids
   9321 Ensign Avenue South
   Bloomington, MN  55438
   (952) 548-7200