UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNA

FILED

2008 AUG -5 P 2: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

FILE[
2008 AUG -5 P
RICHARD W. WIE[
CLERK
U.S. DISTRICT C[
NO. DIST. OF CA.

No.   C0-01964

C08- 1964-

|  |  |
|---|---|
| GENE RUGRODEN | ) |
|  | ) |
| Plaintiff | ) |
| vs. | ) |
|  | ) |
| STATE BANK of PARK RAPIDS, | ) |
| JACK SMYTHE, JON SMYTHE | ) |
| CITY OF PARK RAPIDS, MN, | ) |
| NORTHBEACH ASSOCIATION | ) |
| et al.,CHUCK HAGEN | ) |
| DOES 1 thru 100 | ) |
|  | ) |
|  | ) |
| Defendants. | ) |

AFFIDAVIT OF
GENE RUGRODEN IN
SUPPORT OF DENIAL OF
MOTIONS TO DISMISS BY
STATE BANK OF PARK RAPIDS
CITY OF PARK RAPIDS,
JACK SMYTHE AND JON SMYTHE

5SEP08 at 0900 in courtroom 3

The Honorable Judge
Jeremy Fogel

I, GENE RUGRODEN, declare:

1.    I am the plaintiff in the above-entitled matter, and I have personal

knowledge of the matters contained herein, and if called as a witness, I could and would

competently testify thereto.

2.    I am a citizen and resident of Santa Clara County, California.

3.    The defendants and others in this case have systematically engaged in a

cooperative plan of conversion, targeting me in California, to relieve me of property and

money and terrorizing me to the point of fearing for my safety and freedom in Minnesota.

4.    During the fourth quarter of 1998 and the first three quarters of 1999 I was

dating Sue Smythe.  Sue is an officer of State Bank of Park Rapids, Park rapids,

Minnesota.

4.    Sue Smythe visited me in California in fourth quarter of 1998, and several

times in both first and second quarters of 1990.

1

5.  During Sue Smythe's visits to California, in first and second quarters of 1999, she told me that State Bank of Park Rapids had foreclosed on The Pines Supper Club property "Pines Property" on Potato Lake in Hubbard County, Minnesota.

6.  During Sue Smythe's visits to California, in first and second quarters of 1999 Sue discussed with me the terms that Jack Smythe and the bank may be agreeable to in terms of a purchase by me of the Pines Property from the bank.

7.  During April and May of 1999 Jack Smythe, an officer of State Bank of Park Rapids called me several times at my office in California to discuss the form and price of a deal for me to purchase the Pines Property that the Bank had foreclosed on in 1998.

8.  On or about 1JUL99 Jack Smythe turned possession and the keys to the Pines Property to me.

9.  In July of 1999 I secured a building permit to add to and remodel the Pines extensively property to permit a grand opening 31DEC99.

10. Late December of 1999 Jack Smythe called me in California insisting with an extreme senses of urgency that he needed to have the Contract for Deed signed, notarized and sent back overnight to the Bank for closing before the year end. The bank sent the Contract for Deed overnight and I complied. He said only that he wanted it to close by year-end for accounting reasons. Jack further indicated that the description matched that which was foreclosed on in 1998 and reviewed by an attorney in Park Rapids, Jim Wallace. As it turns out, the property description had been switched.

11. In 1999 Jon Smythe was a City of Park Rapids city council member and in fact was acting Mayor.

12. Several times in 1999 Jon called me in my office in California and talked

2

with me about what the city may take for the Park Rapids Armory the City owned.

13. John was instrumental in consummating a purchase by me of the Armory.

14. After investing over $160,000.00 in the Armory the city took it back and sold it without giving me anything.

15. Witnesses with knowledge of the several cases that are referenced in the above numbered case have been intimidated to such a degree that they have changed their position or disappeared.

16. I have had my property in the park rapids area tossed and had records stolen.

17. A friend of mine in the Park Rapids area told me that a Sheriff's deputy was looking for me to arrest me as soon as I came into town.

18. I was pulled over while driving near midnight to the Park Rapids airport by a police officer, self admittedly from another county, harassed and had it suggested that I was not welcome in the Park Rapids Area in 2004.

19. Sheriff deputies entered my property over the objections of my renter stating that they "knew Rugroden was in here and they wanted him" in 2003. This scared the renters off and the property has been vacant since.

20. Park Rapids police unlawfully entered the living quarters in the Park Rapids armory where my brother was living and harassed him in 2003.

21. I purchased a 1996 Chevrolet Pick-up from John Smythe in 2002. It is now Reportedly owned by the Park Rapids Chief of Police.

22. I was denied an opportunity to appear in court in Superior Court to defend my positions by not noticing me or noticing me in an un-timely manner many times.

3

23. Both Judge Mondry and Rasmussan have not allowed me to appear telephonically on several occasions and indicating that I failed to appear.

21.    On 22May08 State Bank of Park Rapids effected a sale of over $300,000.00 worth of my lake front property in the Park Rapids area and refused to provide me with any information or accounting or money as a result of this sale.

I declare under penalty of perjury under the laws of the State of California that The facts stated herein are true and correct to the best of my knowledge and belief. Executed this first day of August 2008.

Gene Rugroden

4