Gene Rugroden
1157 Tilton Drive
Sunnyvale, CA 94087
408.781.0071
fax 408.736.2929

FILED

2008 AUG -5 P 2: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNA

No.   C0-01964

C08-1964- JF

| | |
|---|---|
| GENE RUGRODEN ) | |
| ) | |
| Plaintiff ) | PROOF OF SERVICE |
| vs. ) | |
| ) | |
| STATE BANK of PARK RAPIDS, ) | |
| JACK SMYTHE, JON SMYTHE ) | |
| CITY OF PARK RAPIDS, MN, ) | |
| NORTHBEACH ASSOCIATION ) | |
| et al.,CHUCK HAGEN ) | |
| DOES 1 thru 100 ) | |
| ) | |
| Defendants. ) | |

I, the undersigned, declare that I am over the age of eighteen (18) years of age and not a party to the within cause; that I reside in Santa Clara County and my home address is 22903 Longdown Road Cupertino, CA 95014.

On 5AUG08 I served the following documents by the method(s) below to the following:

1. AFFIDAVIT OF GENE RUGRODEN
2. MEMORANDUM OF POINTS AND AUTHORITIES

TO:

Peter M. Rehon
REHON & ROBERTS
A Professional Corporation

1

Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238

By personally delivering the document(s) listed above at the address above.
Carol L. Healely
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510.596.0888

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sunnyvale, CA addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 5AUG80

Joan Allan