1  Jon K. Iverson (MN Atty ID 146389)
2  IVERSON REUVERS
   9321 Ensign Avenue South
3  Bloomington, MN  55438
4  Telephone:  (952) 548-7200
5  Facsimile:  (952) 548-7210
   jiverson@iversonlaw.com
6
7  Admitted *pro hac vice*
8  Attorneys for Defendant
9  CITY OF PARK RAPIDS, MN

10 Carol L. Healey, State Bar No. 61461
11 BISHOP, BARRY, HOWE, HANEY & RYDER
12 2000 Powell Street, Suite 1425
   Emeryville, CA  94608
13 (510) 596-0888
14

15                    UNITED STATES DISTRICT COURT
16
17                   NORTHERN DISTRICT OF CALIFORNIA
18                          (San Jose Division)

19 | GENE RUGRODEN,                          | Case No. C08-01964 JF RS |
20 |                                         |                          |
21 |                    Plaintiff,           | **NOTICE OF MOTION AND** |
22 |          vs.                            | **MOTION FOR RULE 11**   |
23 |                                         | **SANCTIONS**            |
   | STATE BANK of PARK RAPIDS,              |                          |
24 | JACK SMYTHE, JON SMYTHE,                |                          |
25 | CITY OF PARK RAPIDS, MN,                | Date:  September 5, 2008 |
26 | NORTHBEACH ASSOCIATION                  | Time:  9:00 a.m.         |
   | et al, CHUCK HAGEN                      | Courtroom:  3            |
27 | DOES 1 thru 100,                        | **Honorable Jeremy Fogel** |
28 |                                         |                          |
29 |                    Defendants.          |                          |
30

31
32 TO PLAINTIFF GENE RUGRODEN:

---

1

**NOTICE OF MOTION FOR RULE 11 Sanctions**
CASE NO. C08-01964

1      Defendant City of Park Rapids moves for sanctions pursuant to Rule 11 of the Federal Rules
2  of Civil Procedure based upon Plaintiff's Complaint which is comprised solely of frivolous claims
3  lacking any basis in law or fact and presented by Plaintiff for the sole purpose of harassing
4  Defendant City of Park Rapids which has resulted in Defendant City of Park Rapids needlessly
5  incurring ongoing litigation costs and expenses. Pursuant to Rule 11(c), this Motion will be filed
6  with the court and brought on for a hearing before the Honorable Jeremy Fogel if Plaintiff does not
7  withdraw and dismiss his Complaint within twenty-one (21) days after service of this Motion.
8
9
10                             IVERSON REUVERS
11
12
13 Dated: June 10, 2008             By  Jon K. Iverson /s/
14                               Jon K. Iverson, (MN Atty ID 146389)
15                        Attorney for Defendant City of Park Rapids
16                        9321 Ensign Avenue South
17                        Bloomington, MN  55438
18                        (952) 548-7200
19
20
21
22
23
24
25
26
27
28
29
30
31
32

NOTICE OF MOTION FOR RULE 11 Sanctions
CASE NO. C08-01964