Jon K. Iverson (MN Atty ID 146389)
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
Telephone: (952) 548-7200
Facsimile: (952) 548-7210
jiverson@iversonlaw.com

Admitted *pro hac vice*
Attorneys for Defendant
CITY OF PARK RAPIDS, MN

Carol L. Healey, State Bar No. 61461
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
(510) 596-0888

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE BANK of PARK RAPIDS, JACK SMYTHE, JON SMYTHE, CITY OF PARK RAPIDS, MN, NORTHBEACH ASSOCIATION et al, CHUCK HAGEN DOES 1 thru 100,<br><br>Defendants. | Case No. C08-01964 JF RS<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in Hennepin County, Minnesota, and my business address is *Iverson Reuvers, 9321 Ensign Avenue South, Bloomington, Minnesota 55438*.

On June 10, 2008, I served the following documents by the method(s) below:

**1. NOTICE OF MOTION AND MOTION FOR RULE 11 SANCTIONS**

☐ by transmitting via facsimile on this date from fax number (952) 548-7210 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bloomington, Minnesota, addressed as set forth below. I am readily familiar with the firm's practice of collecting and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**Gene Rugroden** ***Plaintiff***
**1157 Tilton Drive**
**Sunnyvale, CA 94087**

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ By electronically transmitting document(s) above to parties as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 10, 2008, at Bloomington, Minnesota.

__________________________________

Becky Eitreim

Subscribed and sworn to before me
this 10th day of June, 2008.

__s/Jon K. Iverson___________
Notary Public
Stamp and/or Seal