```
 1  Jon K. Iverson (MN Atty ID 146389)
 2  IVERSON REUVERS
    9321 Ensign Avenue South
 3  Bloomington, MN  55438
 4  Telephone:  (952) 548-7200
 5  Facsimile:  (952) 548-7210
    jiverson@iversonlaw.com
 6
 7  Admitted pro hac vice
 8  Attorneys for Defendant
    CITY OF PARK RAPIDS, MN
 9
10  Carol L. Healey, State Bar No. 61461
11  BISHOP, BARRY, HOWE, HANEY & RYDER
12  2000 Powell Street, Suite 1425
    Emeryville, CA  94608
13  (510) 596-0888
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN, | Case No. C08-01964 JF RS |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| STATE BANK of PARK RAPIDS, JACK SMYTHE, JON SMYTHE, CITY OF PARK RAPIDS, MN, NORTHBEACH ASSOCIATION et al, CHUCK HAGEN DOES 1 thru 100, | |
| Defendants. | |

1

**PROOF OF SERVICE, PARK RAPIDS' MOTION FOR RULE 11 SANCTIONS**
CASE NO. C08-01964

|     | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I, the undersigned, Rebecca Jo Eitreim, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in Hennepin County, Minnesota, and my business address is *Iverson Reuvers, 9321 Ensign Avenue South, Bloomington, Minnesota  55438.*

On August 6, 2008, I served the following documents by the method(s) below:

1. **NOTICE OF MOTION AND MOTION FOR RULE 11 SANCTIONS;**
2. **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS;**
3. **NOTICE OF REQUEST THAT COURT TAKE JUDICIAL NOTICE OF CERTAIN PUBLIC RECORDS IN SUPPORT OF RULE 11 MOTION FOR SANCTIONS;**
4. **AFFIDAVIT OF JON K. IVERSON IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS;**
5. **PROPOSED ORDER**

☐ by transmitting via facsimile on this date from fax number (952) 548-7210 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 p.m. and was reported complete without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bloomington, Minnesota, addressed as set forth below.  I am readily familiar with the firm's practice of collecting and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**Gene Rugroden**           *Plaintiff*
**1157 Tilton Drive**
**Sunnyvale, CA  94087**

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

2

PROOF OF SERVICE, PARK RAPIDS' MOTION FOR RULE 11 SANCTIONS
CASE NO. C08-01964

1 ☒ By electronically transmitting document(s) above to parties as set forth below.

2

3 **Carl Malmstrom, Esq.**                    *Attorney for North Beach Association*
**Thorwaldsen, Malmstrom, et al**
4 **P.O. Box 1599**
5 **1105 Highway 10 East**
**Detroit Lakes, MN  56502-1599**
6

7 **Mark V. Isola, Esq.**                    *Attorney for State Bank of Park Rapids,*
8 **Rehon & Roberts**                        *Jack Smythe, Jon Smythe*
**Ten Almaden Boulevard**
9 **11th Floor**
10 **San Jose, CA  95113-2233**

11

12
        I declare under penalty of perjury under the laws of the State of California that the
13
14 foregoing is true and correct.  Executed on August 6, 2008, at Bloomington, Minnesota.
15
16
                                        s/Rebecca Jo Eitreim
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32