Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA  95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
STATE BANK OF PARK RAPIDS,
JACK SMYTHE, and JON SMYTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100,<br><br>           Defendants. | Case No.  C08 - 01964<br><br>**RESPONSIVE AFFIDAVIT OF JON SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE**<br><br>**Date: September 5, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 3**<br><br>**Honorable Jeremy Fogel** |

I, JON SMYTHE, declare:

1.     I am one of the defendants in the above-entitled action, and I have personal knowledge of all matters discussed herein, and if called as a witness, I could and would competently testify thereto.

2.     Gene Rugroden's statement in paragraph 12 of his affidavit is false.  Gene Rugroden called me from his office in California and talked with me, as a member of the Park Rapids City Council,  about what the City of Park Rapids might take for the Park Rapids Armory that the City of Park Rapids owned.

3.     In response to Gene Rugroden's statement in paragraph 13 of his affidavit, as a Park Rapids City Council member, I worked on Gene Rugroden's purchase of the Armory from

1

1  the City of Park Rapids, but everything had to be done via the vote of the Park Rapids City
2  Council. My work as a Park Rapids City Council member on Gene Rugroden's purchase of the
3  Armory had nothing to do with the State Bank of Park Rapids.
4      4.    In response to Gene Rugroden's statement in paragraph 14 of his affidavit, I was
5  not a member of the Park Rapids City Council at the time the City of Park Rapids took the
6  Armory back from Gene Rugroden.
7      5.    In response to Gene Rugroden's statements in paragraph 21 of his affidavit, I sold
8  Gene Rugroden a 1996 Chevrolet pick-up truck in 2001. That 1996 Chevrolet pick-up truck was
9  my own personal vehicle; it was not owned by the State Bank of Park Rapids.
10  I declare under penalty of perjury under the laws of the State of California that the facts
11  stated herein are true and correct to the best of my knowledge and belief. Executed on this 14th
12  day of August, at Park Rapids, Minnesota.

      Jon Smythe  /s/
      Jon Smythe