Peter M. Rehon (SBN 100123)
Mark V. Isola (SBN 154614)
REHON & ROBERTS
A Professional Corporation
Ten Almaden Blvd., Suite 550
San Jose, CA 95113-2238
Telephone: (408) 494-0900
Facsimile: (408) 494-0909

Attorneys for Defendants
STATE BANK OF PARK RAPIDS,
JACK SMYTHE, and JON SMYTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| GENE RUGRODEN, | Case No. C08 - 01964 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| STATE BANK OF PARK RAPIDS; JACK SMYTHE; JON SMYTHE; CITY OF PARK RAPIDS, MN; NORTH BEACH ASSOCIATION, ET AL.; CHUCK HAGEN, DOES 1 through 100, | |
| Defendants. | |

**PROOF OF SERVICE**

# **PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of eighteen (18) years and not a party to the within cause; that I am employed in Santa Clara County and my business address is *Rehon & Roberts, Ten Almaden Boulevard, Suite 550, San Jose, CA 95113*.

On August 21, 2008, I served the following documents by the method(s) below:

1. **REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

2. **OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF HIS OPPOSITION TO THE MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS CITY OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

3. **RESPONSIVE AFFIDAVIT OF JACK D. SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE;**

4. **RESPONSIVE AFFIDAVIT OF JON SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE; and**

5. **RESPONSIVE AFFIDAVIT OF SUE SMYTHE IN SUPPORT OF MOTION TO DISMISS BY STATE BANK OF PARK RAPIDS, JACK SMYTHE, AND JON SMYTHE.**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

**Gene Rugroden**          *Plaintiff*
**1157 Tilton Drive**
**Sunnyvale, CA  94087**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 21, 2008, at San Jose, California.

                                    Nancy Wong  /s/
                                    NANCY WONG

**PROOF OF SERVICE**